**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MONTEFIORE MEDICAL CENTER,

                Plaintiff,            09 **CIVIL** 3096 (RA) (SN)

    -against-               **JUDGMENT**

LOCAL 272 WELFARE FUND, *et al.*,

                Defendants.
-------------------------------------------------------------X
MONTEFIORE MEDICAL CENTER,

                Plaintiff,            14 **CIVIL** 10229 (RA) (SN)

    -against-               **JUDGMENT**

LOCAL 272 WELFARE FUND, *et al.*,

                Defendants.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 14, 2020, that on August 25, 2020, Judge Netburn issued a Report and Recommendation (the "Report") recommending that the Court award Montefiore simple prejudgment interest in the amount of $309,069.65; Neither party filed objections to the Report; As no objections to the Report were filed, the Court has reviewed Judge Netburn's Report for clear error. The Court finds no error and thus adopts the well-reasoned Report in its entirety. Accordingly, Montefiore is awarded prejudgment interest in the amount of $309,069.65, and case numbers 09-cv-3096 and 14-cv-10229 are closed.

**Dated:**  New York, New York
September 15, 2020

                                                **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                            **BY:**
                                                     **Deputy Clerk**